**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-22886-GLT |
| Chaz R. Pardue, | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | |
| Chaz R. Pardue, | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Nationstar Mortgage, | : | |
| | : | |
| Respondent | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I served the forgoing Motion for Loss Mitigation, Proposed Order, and Certification on LMP Eligibility and Readiness on the following parties at the addresses listed below on September 30, 2016, via electronic mail and/or first class mail postage prepaid:

Nationstar Mortgage                     Ronda J. Winnecour, Esquire
Attn: Jay Bray, CEO                      Office of Chapter 13 Trustee
PO Box 619098                            3250 USX Tower
Dallas, TX 75261-9741                    600 Grant Street
                                         Pittsburgh, PA 15219

                                         Office of U.S. Trustee
                                         970 Liberty Center
                                         1001 Liberty Avenue
                                         Pittsburgh, PA 15222

Date: September 30, 2016

                              By:    /s/ Lauren M. Lamb
                                     Lauren M. Lamb, Esquire
                                     Attorney for the Debtor
                                     STEIDL AND STEINBERG, P.C.
                                     Suite 2830- Gulf Tower
                                     707 Grant St., Pittsburgh, PA 15219
                                     (412) 391-8000
                                     PA ID 209201
                                     llamb@steidl-steinberg.com