# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** CHAZ R. PARDUE
**Case Number:** 16-22886-GLT          **Chapter:** 13
**Date / Time / Room:** THURSDAY, FEBRUARY 23, 2017 01:00 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#12 - Final Confirmation of Plan Dated 8/29/2016 (NFC)
R / M #: 12 / 0

### *Appearances:*

Debtor: R Stead
Trustee: Winnecour / (Bedford) / Pail / Katz

Creditor:

### *Proceedings:* LMP

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to  7-27-17  at  1:00  .

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

RECEIVED 2017 FEB 24 A 11:39 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

2/15/2017   3:25:39PM