FILED
7/7/17 2:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| CHAZ R. PARDUE, | : | Case No. 16-22886-GLT |
| *Debtor,* | : | Chapter 13 |
| CHAZ R. PARDUE, | : | Related to Doc No. 50 |
| *Movant,* | : | |
| v. | : | |
| NATIONSTAR MORTGAGE, | : | Hearing: August 9, 2017 at 9 am |
| *Respondent(s)* | : | |

**ORDER**

This matter is before the Court upon consideration of the Debtor's **Motion to Extend the Loss Mitigation Period** [Dkt. No. 50] (the "Motion").

*AND NOW*, this **7th** day of **July 2017,** it is hereby **ORDERED, ADJUDGED and DECREED** that*:*

(1) A **Status Conference** on the pending *Loss Mitigation Order*, dated October 17, 2016 [Dkt. No. 28], is scheduled for **August 9, 2017 at 9 a.m..** in Courtroom A, 54th Floor, U.S. Steel Building, 600 Grant Street, Pittsburgh, PA 15219.

(2) The Court requires the appearance of Counsel for the Respondent/Creditor, (or in addition to Counsel anyone else appearing on Respondent's behalf) to have full and complete knowledge of the file and status of the case so that Counsel is capable

of answering any/all of the Court's questions regarding the status of the pending LMP application.

   (3) The Movant shall immediately serve a copy of this *Order* on the Respondent and Counsel for the Respondent, and file a certificate of service within three (3) days.

   (4) The Loss Mitigation Period is extended through August 9, 2017.

Dated: 7/7/17

                Gregory J. Taddonio   hct
                U.S. Bankruptcy Judge

Case administrator to serve:
 Debtor
 Lauren Lamb, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Chaz R. Pardue  
      Debtor

Case No. 16-22886-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 1     Date Rcvd: Jul 07, 2017  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2017.  
db            +Chaz R. Pardue,    2365 Dutch Ridge Road,    Beaver, PA 15009-9754

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2017 at the address(es) listed below:  
         James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
         Joshua I. Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
         Lauren M. Lamb    on behalf of Debtor Chaz R. Pardue  
          julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dambrose@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com  
         Matthew John McClelland    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;dschimizzi@bernsteinlaw.com;acarr@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                                                 TOTAL: 8