# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

## Conciliation Conference:

**Debtor:** CHAZ R. PARDUE
**Case Number:** 16-22886-GLT    **Chapter:** 13
**Date / Time / Room:** THURSDAY, JULY 27, 2017 01:00 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

## Matter:

#12 - Continued Confirmation of Plan Dated 8/29/2016 (NFC)
R / M #: 12 / 0

## Appearances:

J. Steidl

Debtor:
Trustee: Winnecour / Bedford / Pail / Katz
Creditor:

## Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 11/2/17 at 2:00.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

RECEIVED 2017 JUL 28 A 9:36 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

7/17/2017  12:28:17PM