IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

Chaz R. Pardue

*Debtor(s).*

Case No.: 16-22886-GLT
Chapter: 13

Date: 8/9/2017
Time: 09:00

FILED
AUG 10 2017
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

## PROCEEDING MEMO

*MATTER:*  #50 - Motion to Extend the Loss Mitigation Period

*APPEARANCES:*
    Debtor:  Julie Steidl
    Trustee:  Jana Pail
    Creditor:  Matthew Pavlovich

*NOTES:*

Steidl: Pavlovich has all the information he needs and needs time to review.

Pavlovich: Requests 60-day extension to review. Creditor represents it has all necessary documents.

Pail: Plan is in month 12. Wages are remitting. Plan payment is $1,306/mo. $2,909 are in arrears, possibly due to late payment start or timing of wage remittances. Seeks to reduce percentage fee pending budget approval, so there is a possibility there's another wage remittance at the bank that has not posted.

Steidl: No objection to extension.

*OUTCOME:*

1. A 60-day extension to the LMP is granted. (Text Order to issue.)

*DATED:*  8/9/2017