FILED
11/15/17 4:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| CHAZ R. PARDUE, | : | Case No. 16-22886-GLT |
| | : | |
| *Debtor,* | : | Chapter 13 |
| | : | |
| CHAZ R. PARDUE, | : | Related to Doc No. 60 |
| | : | |
| *Movant,* | : | |
| | : | |
| v. | : | |
| | : | |
| NATIONSTAR MORTGAGE, | : | Hearing: January 17, 2018 at 9 a.m. |
| | : | |
| *Respondent(s)* | : | |

### ORDER

This matter is before the Court upon consideration of the Debtor's ***Motion to Extend the Loss Mitigation Period*** [Dkt. No. 60] (the "Motion").

***AND NOW***, this ***15th*** day of ***November 2017,*** it is hereby ***ORDERED, ADJUDGED and DECREED*** that***:***

(1) A ***Status Conference*** on the pending *Loss Mitigation Order*, dated October 17, 2016 [Dkt. No. 28], is scheduled for ***January 17, 2018 at 9 a.m..*** in Courtroom A, 54th Floor, U.S. Steel Building, 600 Grant Street, Pittsburgh, PA 15219.

(2) The Court requires the appearance of Counsel for the Respondent/Creditor, (or in addition to Counsel anyone else appearing on Respondent's behalf) to have full and complete knowledge of the file and status of the case so that Counsel is capable

1

of answering any/all of the Court's questions regarding the status of the pending LMP application.

(3)    The Movant shall immediately serve a copy of this *Order* on the Respondent and Counsel for the Respondent, and file a certificate of service within three (3) days.

(4)    The Loss Mitigation Period is extended through January 17, 2018.

Dated: 11/15/17

Gregory␣␣Taddonio    hct
U.S. Bankruptcy Judge

Case administrator to serve:
    Debtor
    Lauren Lamb, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-22886-GLT
Chaz R. Pardue                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: lfin              Page 1 of 1              Date Rcvd: Nov 15, 2017
                                Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2017.
db             +Chaz R. Pardue,    2365 Dutch Ridge Road,    Beaver, PA 15009-9754

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2017 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Lauren M. Lamb    on behalf of Debtor Chaz R. Pardue
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dam
               brose@steidl-steinberg.com;cgoga@steidl-steinberg.com;lamblr53037@notify.bestcase.com
              Matthew John McClelland    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                               TOTAL: 8