IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
JAN 18 2018
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 16-22886-GLT |
| | : | Chapter: 13 |
| Chaz R. Pardue | : | |
| | : | |
| | : | Date: 1/17/2018 |
| *Debtor(s).* | : | Time: 09:00 |

## PROCEEDING MEMO

**MATTER:**    #28 Status Conference: # 60 - Motion to Extend the Loss Mitigation Period

**APPEARANCES:**
    Debtor:    Julie Steidl

**NOTES:**

Steidl: The Debtor has submitted all the information required for the LMP. Had to refile twice because the PDFs were not opening on the portal.

**OUTCOME:**

1. On or before January 24, 2018, NationStar shall identify on the DMM Portal any further information it requires to review the loan for a modification. If no further information is required, NationStar shall render a decision on or before Feburary 24, 2018. (HT to prepare.)

2. The LMP is extended by 75 days (Text Order to issue.)

**DATED:** 1/17/2018