FILED
1/18/18 3:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | Case No. 16-22886-GLT |
| : | Chapter 13 |
| CHAZ R. PARDUE, : | |
| : | Related to Dkt. No. 60 |
| Debtor. : | |
| : | |
| CHAZ R. PARDUE, : | |
| : | |
| Movant, : | |
| : | |
| v. : | |
| : | |
| NATIONSTAR MORTGAGE, LLC, : | |
| : | |
| Respondent. : | |

## ORDER

On January 17, 2018, the Court held a status conference to address the pending *Loss Mitigation Order* [Dkt. No. 28] and the *Motion to Extend the Loss Mitigation Period* [Dkt. No. 60].

For the reasons stated on the record at the January 17 status conference, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. On or before **January 24, 2018**, Nationstar shall identify on the DMM Portal any further information it requires to review the loan for a modification. If no further information is required, Nationstar shall render a decision on or before February 24, 2018.

2. The Loss Mitigation Period is extended through April 2, 2018.

3. On or before **January 22, 2018**, the Debtor shall upload a copy of this *Order* to the DMM Portal, serve a copy of this *Order* on all parties in interest and file a certificate of service.

Dated: January 18, 2018

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY COURT

<u>Case administrator to mail to:</u>
Debtor
Julie Steidl, Esq.

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                           Case No. 16-22886-GLT
Chaz R. Pardue                                                   Chapter 13
           Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2         User: lfin              Page 1 of 1            Date Rcvd: Jan 18, 2018
                             Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2018.
db             +Chaz R. Pardue,    2365 Dutch Ridge Road,    Beaver, PA 15009-9754

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2018                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2018 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Lauren M. Lamb    on behalf of Debtor Chaz R. Pardue
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;leslie.nebel@steidl-steinberg.com;dam
               brose@steidl-steinberg.com;cgoga@steidl-steinberg.com;lamblr53037@notify.bestcase.com;rlager@stei
               dl-steinberg.com
              Matthew John McClelland    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 8