IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-22886-GLT |
| Chaz R. Pardue, | : | |
| Debtor | : | |
| | : | Chapter 13 |
| Chaz R. Pardue, | : | |
| Social Security No. xxx-xx-9103 | : | |
| Movant | : | |
| | : | Related to Document No. 73 |
| v. | : | |
| | : | |
| Envoy Airlines and | : | |
| Ronda Winnecour, Trustee | : | |
| Respondents | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 14, 2018, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Envoy Airlines
Attn: Payroll Dept.
4301 Regent Boulevard MD
Irving, TX 75063

Date of Service:    February 14, 2018        /s/ Lauren M. Lamb
                                             Lauren M. Lamb, Esquire
                                             STEIDL & STEINBERG
                                             28th Floor, Gulf Tower
                                             707 Grant Street
                                             Pittsburgh, PA 15219
                                             (412) 391-8000
                                             llamb@steidl-steinberg.com