IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-22886-GLT |
| Chaz R. Pardue, | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | |
| Chaz R. Pardue, | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| Nationstar Mortgage, | : | |
| | : | |
| Respondent | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I served the forgoing Motion to Extend Loss Mitigation, Proposed Order, and Exhibit on the following parties at the addresses listed below on March July 25, 2018, via electronic mail and/or first class mail postage prepaid:

Nationstar Mortgage
Attn: Jay Bray, CEO
PO Box 619098
Dallas, TX 75261-9741

Joshua I. Goldman
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date: <u>July 25, 2018</u>

By:   <u>/s/ Lauren M. Lamb</u>
Lauren M. Lamb, Esquire
Attorney for the Debtor
STEIDL AND STEINBERG, P.C.
Suite 2830- Gulf Tower
707 Grant St., Pittsburgh, PA 15219
(412) 391-8000
PA ID 209201
llamb@steidl-steinberg.com

**PAWB Local Form 7 (07/13)**