# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | CHAZ R. PARDUE |
| **Case Number:** | 16-22886-GLT    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JULY 26, 2018  11:30 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
7/27/18 9:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#12 - Continued Confirmation of Plan Dated 8/29/2016 (NFC)
R / M #:  12 / 0

*Appearances:*

A. Steidl

Debtor:
Trustee: Winnecour / (Pail) / Katz / DeSimone

Creditor:

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 12/13/18 at 1:30.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

7/23/2018    8:10:27AM