# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

    **Debtor:** CHAZ R. PARDUE
    **Case Number:** 16-22886-GLT      **Chapter:** 13
    **Date / Time / Room:** THURSDAY, DECEMBER 13, 2018 01:30 PM   3251 US STEEL
    **Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#12 - Continued Confirmation of Plan Dated 8/29/2016 (NFC)
R / M #: 12 / 0

### *Appearances:*

A. Steidl (handwritten)

Debtor:
Trustee: Winnecour / (Pail) / Katz / DeSimone
Creditor:

### *Proceedings:*

Outcome:

1. \_\_\_\_ Case Converted to Chapter 7
2. \_\_\_\_ Case Converted to Chapter 11
3. \_\_\_\_ Case Dismissed without Prejudice
4. \_\_\_\_ Case Dismissed with Prejudice
5. \_\_\_\_ Debtor is to inform Court within \_\_\_\_ days their preference to Convert or Dismiss
6. \_\_\_\_ The plan payment/term is increased/extended to _____, \_\_\_\_\_ effective _____.
7. _X_ Plan/Motion continued to 2/28/19 at 1:30.
8. \_\_\_\_ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.

9. \_\_\_\_ Contested Hearing: _____ at _____.
10. \_\_\_\_ Other:

12/6/2018   8:36:41AM