## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** CHAZ R. PARDUE
**Case Number:** 16-22886-GLT     **Chapter:** 13
**Date / Time / Room:** THURSDAY, FEBRUARY 28, 2019 01:30 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#12 - Continued Confirmation of Plan Dated 8/29/2016 (NFC)
R / M #:  12 / 0

### *Appearances:*

J. Skidl

Debtor:
Trustee: Winnecour / (Pail) / Katz / DeSimone
Creditor:

FILED 2019 MAR -1 P 12:19  CLERK U.S. BANKRUPTCY COURT PITTSBURGH

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 7/25/19 at 11:30.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

2/21/2019   4:26:43PM