IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-22886-GLT |
|    Chaz R. Pardue, | : | Related to Docket No. 112 |
|       Debtor | : | |
| | : | Chapter 13 |
| Chaz R. Pardue, | : | |
| Social Security No. xxx-xx-9103 | : | |
|       Movant | : | |
| | : | Motion No. WO-1 |
|      v. | : | |
| | : | |
| Envoy Airlines and | : | |
| Ronda Winnecour, Trustee | : | |
|       Respondents | : | |

## CERTIFICATE OF SERVICE

     I, the undersigned, hereby certify that on August 9, 2019, a true and correct copy of the *Order Dismissing Case Without Prejudice and Terminating Wage Attachment* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Envoy Airlines
Attn: Payroll Dept.
4301 Regent Blvd. MD
Irving, TX 75063


Date of Service: August 9, 2019          /s/ Lauren M. Lamb
                                                       Lauren M. Lamb, Esquire
                                                       Attorney for the Debtor

                                                       STEIDL & STEINBERG
                                                       Suite 2830, Gulf Tower
                                                       707 Grant Street
                                                       Pittsburgh, PA 15219
                                                       (412) 391-8000
                                                       Llamb@steidl-steinberg.com
                                                       PA I.D. No. 209201