Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Chaz R. Pardue** | : | Case No. 16−22886−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Related to Docket No. 110 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

      *AND NOW,* this **The 7th of August, 2019,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

      (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)  The Clerk shall give notice to all creditors of this dismissal.

      (5) Any Party−in−interest that challenges the good faith of the dismissal shall, on or before September 7, 2019, file a motion setting forth the basis of teh challenge and specifically identifying the relief requested in the event dismissal is found not to have been made in good faith.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                              Case No. 16-22886-GLT
Chaz R. Pardue                                                      Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dbas              Page 1 of 2              Date Rcvd: Aug 07, 2019
                              Form ID: 309            Total Noticed: 17
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2019.
db             +Chaz R. Pardue,    2365 Dutch Ridge Road,    Beaver, PA 15009-9754
cr             +Peoples Natural Gas Company LLC,    225 North Shore Drive,    Attention: Barbara Rodgers,
                 Pittsburgh, PA 15212-5860
14281057       +Duquesne LIght,    Payment Processing Center,    PO Box 67,    Pittsburgh, PA 15267-0067
14718613        ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
14308910      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,    ATTN: Bankruptcy Department,
                 P.O. Box 619096,    Dallas, TX 75261-9741)
14269975       +Nationstar Mortage,    PO Box 619063,    Dallas, TX 75261-9063
14281063       +Nationstar Mortgage,    PO Box 619063,    Dallas, TX 75261-9063
14281064       +Navient,   PO Box 9575,    Wilkes Barre, PA 18773-0975
14332405       +Navient Solutions, Inc. on behalf of,    PHEAA,    PO BOX 8147,    Harrisburg, PA 17105-8147
14329243       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 North Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14281065       +Pinnacle Credit Service,    PO Box 5617,    Hopkins, MN 55343-0493
14281067       +Premier Property Management Services,    2777 Darlington Road,    PO Box 2,
                 Beaver Falls, PA 15010-0002
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14344512       +E-mail/Text: kburkley@bernsteinlaw.com Aug 08 2019 03:21:43     Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14718613        EDI: ECMC.COM Aug 08 2019 06:58:00      ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
14281058       +EDI: NHCLLC.COM Aug 08 2019 06:58:00      National Hospital Collections,    16 Distributors Drive,
                 Suite 2,   Morgantown, WV 26501-7209
14281059        EDI: NHCLLC.COM Aug 08 2019 06:58:00      National Hospital Collections,    256 Green Bag Road,
                 Suite 2,   PO Box 699,    Morgantown, WV 26507-0699
14281062       +E-mail/Text: Bankruptcies@nragroup.com Aug 08 2019 03:21:55     National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
14281066        EDI: PRA.COM Aug 08 2019 06:58:00      Portfolio Recovery Assoc.,    120 Corporate Blvd,
                 Ste 100,   Norfolk, VA 23502-4962
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              NATIONSTAR MORTGAGE LLC
cr*             ECMC,   P.O. Box 16408,    St. Paul, MN 55116-0408
14281060*      +National Hospital Collections,    16 Distributors Drive,    Suite 2,   Morgantown, WV 26501-7209
14281061*      +National Hospital Collections,    16 Distributors Drive,    Suite 2,   Morgantown, WV 26501-7209
                                                                                   TOTALS: 2, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2019 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Kevin Scott Frankel    on behalf of Creditor    NATIONSTAR MORTGAGE LLC pabk@logs.com
```

```
District/off: 0315-2           User: dbas              Page 2 of 2               Date Rcvd: Aug 07, 2019
                               Form ID: 309            Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Lauren M. Lamb   on behalf of Debtor Chaz R. Pardue
       julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
      Matthew John McClelland   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
      Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
      S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

      TOTAL: 9