**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| CHAZ R. PARDUE | Case No.:16-22886 GLT |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Respondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/04/2016 and confirmed on 10/06/2016 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 44,110.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 44,110.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,900.00 | |
| Trustee Fee | 1,919.90 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,819.90 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 0.00 | 39,290.10 | 0.00 | 39,290.10 |
| Acct: 1118 | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1118 | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 45,880.60 | 0.00 | 0.00 | 0.00 |
| Acct: 1118 | | | | |
| | | | | 39,290.10 |
| **Priority** | | | | |
| LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHAZ R. PARDUE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 4,400.00 | 2,900.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 1,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\* \* \* N O N E \* \* \*

| 16-22886 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 2 |
|---|---|---|---|---|---|
| Creditor Type    Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 233.18 | 0.00 | 0.00 | 0.00 |
| | Acct: 1973 | | | | |
| | DUQUESNE LIGHT COMPANY* | 1,285.04 | 0.00 | 0.00 | 0.00 |
| | Acct: 9103 | | | | |
| | NATIONAL HOSPITAL COLLECTIONS* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5401 | | | | |
| | NATIONAL HOSPITAL COLLECTIONS* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0401 | | | | |
| | NATIONAL HOSPITAL COLLECTIONS* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0402 | | | | |
| | NATIONAL HOSPITAL COLLECTIONS* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0403 | | | | |
| | NATIONAL RECOVERY AGENCY GROUP** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5802 | | | | |
| | ECMC(*) | 41,685.36 | 0.00 | 0.00 | 0.00 |
| | Acct: 9103 | | | | |
| | PINNACLE CREDIT SERVICES LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9974 | | | | |
| | PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9974 | | | | |
| | PREMIER PROPERTY MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BERNSTEIN-BURKLEY PC (FORMERLY FO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JOSHUA I GOLDMAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KEVIN S FRANKEL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

***N O N E ***

| TOTAL PAID TO CREDITORS | | | | | 39,290.10 |

TOTAL CLAIMED
PRIORITY             0.00
SECURED         45,880.60
UNSECURED       43.203.58

Date: 09/16/2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com